Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| YONIEL ARROYO MUÑIZ<br><br>Peticionario<br><br>v.<br><br>LUIS A. PÉREZ VARGAS en su carácter de DIRECTOR EJECUTIVO DE LA OFICINA DE ÉTICA GUBERNAMENTAL<br><br>Recurrida | KLRX202400018 | *Mandamus* procedente de la Oficina de Ética Gubernamental<br><br>Caso Núm.:<br>21-37<br><br>Sobre:<br>Violación a los incisos (b), (r) y (s) del Artículo 4.2 de la Ley Orgánica de la Oficina de Ética Gubernamental de Puerto Rico, Ley 1-2012, según enmendada |

Panel especial integrado por su presidente, el Juez Sánchez Ramos, el Juez Candelaria Rosa y el Juez Marrero Guerrero.

Candelaria Rosa, Juez Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de diciembre de 2024.

Valorada la comparecencia de la Oficina de Ética Gubernamental en respuesta a nuestra Resolución de 4 de diciembre de 2024, mediante la cual certifica la notificación de la Resolución final del Caso Núm. 21-37, que es precisamente la motivación y objeto del recurso de *Mandamus* del epígrafe, resolvemos denegar el auto solicitado por falta de jurisdicción al haberse tornado académico el mismo.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

RES2024_____